# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

AMANDA LENNAN,

    Plaintiff,                      CASE NO. 2:14-cv-782

    v.

DISCOVER FINANCIAL SERVICES, INC.

    Defendant.

_____/

NOW COMES Plaintiff, AMANDA LENNAN ("Plaintiff"), by and through her attorneys, and for his Complaint against Defendant, DISCOVER FINANCIAL SERVICES, INC. ("Defendant"), alleges as follows:

## Nature of the Action

1. This action is brought by Plaintiff pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA").

## Parties

2. Plaintiff is a natural person residing in New Britain, Hartford County, Connecticut.

3. Defendant is a business entity with an office located at 2500 Lake Cook Rd., Riverwoods, Illinois 60015.

4. Defendant acted though its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives and insurers.

Jurisdiction and Venue

5. Jurisdiction of this court arises pursuant to 28 U.S.C. § 1331.

6. Defendant conducts business in the State of New Jersey thereby establishing personal jurisdiction.

7. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

Factual Allegations

8. Prior to the filing of this action, Plaintiff obtained a credit card from Defendant which was used for various goods and services.

9. In or around February of 2014, Defendant started placing telephone calls to Plaintiff on her cellular telephone at telephone number (732) 900-68XX

10. Defendant placed telephone calls to Plaintiff from numbers including, but not limited to, 801-902-2944.

11. Upon information and belief, all of Defendant's telephone calls to Plaintiff were placed using an automatic telephone dialing system or other equipment capable of storing telephone numbers and calling or dialing at random or sequential intervals ("ATDS").

12. On or about February 5, 2014, Plaintiff spoke with one of Defendant's employees and instructed Defendant to stop calling her cellular telephone.

13. Plaintiff revoked any consent, express or implied, to place automated telephone calls to her cellular telephone in the course of the telephone conversation on or around February 5, 2014.

14. Despite Plaintiff's request to cease, Defendant placed at least forty-one (41) calls to Plaintiff on her cellular telephone, including but not limited to the following:

    1) February 6, 2014: one (1) call;
    2) February 10, 2014: one (1) call;

       3)       February 12, 2014: two (2) calls;
       4)       February 13, 2014: two (2) calls;
       5)       February 14, 2014: two (2) calls;
       6)       February 15, 2014: two (2) calls;
       7)       February 15, 2014: two (2) calls;
       8)       February 16, 2014: two (2) calls;
       9)       February 17, 2014: two (2) calls;
       10)     February 18, 2014: two (2) calls;
       11)     February 19, 2014: two (2) calls;
       12)     February 20, 2014: two (2) calls;
       13)     February 21, 2014: five (5) calls;
       14)     February 22, 2014: fourteen (14) calls.

## CLAIM FOR RELIEF

15. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant for the following:

(1) Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

(2) Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

(3) All court costs, witness fees and other fees incurred; and

(4) Awarding such other and further relief as may be just, proper and equitable.

                                                  RESPECTFULLY SUBMITTED,

Dated: May 30, 2014                    By: /s/ Jonathan G. Cohen
                                            Jonathan G. Cohen, Esquire
                                            2 Congress St.
                                            Hartford, CT 06114
                                            Tel: 860 527 8900
                                            Fax: 860 527 8901
                                            CT Juris #: 410275
                                            jgcohen@yahoo.com
                                            Attorney for Plaintiff