**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

AMANDA LENNAN,

  Plaintiff,          CASE NO. 2:14-cv-782

  v.

DISCOVER FINANCIAL SERVICES, INC.

  Defendant.
_____/

**NOTICE OF SETTLEMENT**

  NOW COMES the Plaintiff AMANDA LENNAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

  Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                RESPECTFULLY SUBMITTED,


Dated: August 22, 2014      By: /s/ Jonathan G. Cohen
                Jonathan G. Cohen, Esquire
                2 Congress St.
                Hartford, CT 06114
                Tel: 860 527 8900
                Fax: 860 527 8901
                CT Juris #: 410275
                jgcohen@yahoo.com
                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2014, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Jonathan G. Cohen
Jonathan G. Cohen
Attorney for Plaintiff
