**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

AMANDA LENNAN,

    Plaintiff,                                     CASE NO. 2:14-cv-782

    v.

DISCOVER FINANCIAL SERVICES, INC.

    Defendant.
_____/

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

AMANDA LENNAN (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, DISCOVER FINANCIAL SERVICES, INC. (Defendant), in this case.

Dated: October 9, 2014                          KROHN & MOSS, LTD.

                                                      RESPECTFULLY SUBMITTED,

                                                      /s/Jonathan Cohen
                                                      Jonathan Cohen
                                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Jonathan G. Cohen<br>
Jonathan G. Cohen<br>
Attorney for Plaintiff